No. 9236. In the Matter of the Estate of ED KLIES, Deceased. 250 Pac. (2d) 914.

Decided November 29, 1952.

Mr. Arnold H. Olsen, Atty. Gen., Mr. H. O. Vralsted, Spec. Asst. Atty. Gen. and Tax Counsel, Board of Equalization, Mr. Lyman J. Hall, Spec. Asst. Atty. Gen., and Asst. Tax Counsel, Board of Equalization, Helena, for appellant.

Mr. James T. Harrison, Malta, for respondent.

MR. CHIEF JUSTICE ADAIR:

On written stipulation and consent of all parties this appeal is ordered dismissed on the merits and with prejudice, each party to bear his own costs.